No. 135. UNITED STATES EX REL. C. E. SYKES *v.* JOHN BARTON PAYNE, SECRETARY OF THE INTERIOR. Error to the Court of Appeals of the District of Columbia. Argued January 13, 14, 1921. Decided January 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon authority of subdivision 5 of § 250 of the Judicial Code; *Champion Lumber Co.* v. *Fisher*, 227 U. S. 445. *Mr. Francis W. Clements* for plaintiff in error. *Mr. Leslie C. Garnett* and *Mr. H. L. Underwood* for defendant in error.

---

No. 137. FITCH, CORNELL & COMPANY *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. Error to the Supreme Court of the State of New York. Argued January 14, 1921. Decided January 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1. *Mr. Harold G. Aron*, with whom *Mr. Henry M. Wise* was on the brief, for plaintiff in error. *Mr. Gardiner Lathrop* and *Mr. S. T. Bledsoe*, for defendant in error, submitted.